IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH COLEMAN | ) |
| Petitioner, | ) |
| vs. | ) Civil Action No. 14-1065 |
| | ) Judge Nora Barry Fischer/ |
| | ) Magistrate Judge Lisa Pupo Lenhian |
| BOBBY L. MEEKS | ) |
| Respondent. | ) |

**O R D E R**

AND NOW, this 19th day of August, 2015, after Petitioner Keith Coleman having filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendant, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until August 14, 2015 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 17, is granted and the Petition for Writ of Habeas Corpus, ECF No. 2, is dismissed, as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Judge Nora Barry Fischer
United States District Judge

1

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Keith Coleman
94328
Allegheny County Jail
950 Second Ave.
Pittsburgh, PA 15219

All Counsel of Record Via CM-ECF